NO. 07-11-0098-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

MARCH 29, 2011
_____

IN RE HARVEY BRAMLETT, JR. AND JASON BLAKENEY, RELATORS

_____

ORIGINAL PROCEEDING
ARISING FROM THE 108TH DISTRICT COURT OF POTTER COUNTY
NO. 099017-00-E; HONORABLE DOUGLAS WOODBURN, JUDGE
_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ..

**MEMORANDUM OPINION**

By this original proceeding, Relators, Harvey Bramlett, Jr., and Jason Blakeney, both inmates proceeding *pro se* and *in forma pauperis*, sought to compel the Honorable Douglas Woodburn, Judge of the 108th District Court of Potter County, to recuse himself from their suit against the Texas Department of Criminal Justice and certain named employees of the Department and to rule on a myriad of motions pending in the trial court. Now pending in this proceeding is Relators' *Motion to Dismiss Mandamus*[1] in which they represent that Judge Woodburn has issued a ruling in the underlying suit which they intend to appeal.

---

[1]The motion to dismiss was filed on March 24, 2011. This Court invokes Rule 2 of the Texas Rules of Appellate Procedure to suspend the operation of Rule 10.3(a).

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant Relators' request and dismiss the petition for writ of mandamus. Having dismissed this proceeding at the request of Relators, no motion for rehearing will be entertained.


Patrick A. Pirtle
Justice